

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGOR KRUPENKO,<br><br>　　　　Defendant | Case No. 22-cr-00526-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, IGOR KRUPENKO, be granted. The dismissal shall be without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 4/26/22

_____
HON. TODD W. ROBINSON
United States District Court Judge